UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**BMG Music et al.**

**DEFAULT JUDGMENT**

v.

Case No. CIV S-06-0875 MCE EFB

**Virginia Quitugua**

_____

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Virginia Quitugua**
in the amount of $6,000 and costs in the amount of $420.

June 19, 2007

VICTORIA C. MINOR, CLERK

By /s/ NDDuong_____
NDDuong, Deputy Clerk